**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINIOS**

In re:  BOBBY W. ALLEN              §        Case No. 07-73091
       LAGINNCYA T. ALLEN         §
                                  §
             Debtors              §

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

Lydia S. Meyer, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 12/19/2007.

2) The plan was confirmed on 03/14/2008.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C § 1329 on 01/01/1900.

4) The trustee filed action to remedy default by the debtor in performance under the plan on 07/10/2009, 01/05/2010.

5) The case was converted on 02/04/2010.

6) Number of months from filing or conversion to last payment: 22.

7) Number of months case was pending: 25.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $21,229.00.

10) Amount of unsecured claims discharged without full payment: $0.00.

11) All checks distributed by the trustee relating to this case have NOT cleared the bank.

UST Form 101-13-FR-S (9/1/2009)

| Receipts: | | |
|---|---|---|
| Total paid by or on behalf of the debtor | $ 7,460.00 | |
| Less amount refunded to debtor | $ 0.00 | |
| **NET RECEIPTS** | | $ 7,460.00 |

| Expenses of Administration: | | |
|---|---|---|
| Attorney's Fees Paid Through the Plan | $ 3,430.00 | |
| Court Costs | $ 0.00 | |
| Trustee Expenses & Compensation | $ 560.24 | |
| Other | $ 0.00 | |
| **TOTAL EXPENSES OF ADMINISTRATION** | | $ 3,990.24 |
| Attorney fees paid and disclosed by debtor: | $ 70.00 | |

Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| BOHLMAN LAW OFFICES, P.C. | Lgl | 3,500.00 | 3,500.00 | 3,500.00 | 3,430.00 | 0.00 |
| BANK OF NEW YORK AS TRUSTEE | Sec | 7,000.00 | 10,730.58 | 2,363.74 | 2,363.74 | 0.00 |
| GREEN TREE SERVICING LLC | Sec | 2,000.00 | 2,349.55 | 306.00 | 306.00 | 0.00 |
| AAMS LLC | Uns | 1,252.00 | NA | NA | 0.00 | 0.00 |
| AAMS LLC | Uns | 685.00 | NA | NA | 0.00 | 0.00 |
| AAMS LLC | Uns | 544.00 | NA | NA | 0.00 | 0.00 |
| AAMS LLC | Uns | 482.00 | NA | NA | 0.00 | 0.00 |
| AAMS LLC | Uns | 178.00 | NA | NA | 0.00 | 0.00 |
| AMERICAN COLLECTIONS | Uns | 133.00 | NA | NA | 0.00 | 0.00 |
| ARMOR SYSTEMS CO | Uns | 264.00 | NA | NA | 0.00 | 0.00 |
| ARMOR SYSTEMS CO | Uns | 124.00 | NA | NA | 0.00 | 0.00 |
| CITI FINANCIAL MORTGAGE | Uns | 9,056.00 | NA | NA | 0.00 | 0.00 |
| COLLEGIATE FUNDING SVC | Uns | 26,178.00 | NA | NA | 0.00 | 0.00 |
| CREDIT PROTECT ASSOC | Uns | 417.00 | NA | NA | 0.00 | 0.00 |
| FFCC - COLUMBUS INC | Uns | 110.00 | NA | NA | 0.00 | 0.00 |
| PREMIER BANKCARD/CHARTER | Uns | 429.00 | 461.49 | 461.49 | 38.30 | 0.00 |
| CREDITORS BANKRUPTCY | Uns | 269.00 | 269.05 | 269.05 | 22.33 | 0.00 |
| HSBC | Uns | 757.00 | NA | NA | 0.00 | 0.00 |

UST Form 101-13-FR-S (9/1/2009)

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| ISPC | Uns | 5,565.00 | 5,564.93 | 5,564.93 | 461.85 | 0.00 |
| MED BUSI BUR | Uns | 1,385.00 | NA | NA | 0.00 | 0.00 |
| MED BUSI BUR | Uns | 1,287.00 | NA | NA | 0.00 | 0.00 |
| MRSI | Uns | 643.00 | NA | NA | 0.00 | 0.00 |
| NCO FINANCIAL SYSTEMS | Uns | 408.00 | NA | NA | 0.00 | 0.00 |
| NICOR GAS | Uns | 290.00 | NA | NA | 0.00 | 0.00 |
| NORTHWEST COLLECTORS | Uns | 136.00 | NA | NA | 0.00 | 0.00 |
| OSI COLLECTION SERVICE | Uns | 949.00 | NA | NA | 0.00 | 0.00 |
| PELLETTIERI | Uns | 75.00 | NA | NA | 0.00 | 0.00 |
| PREFERRED MANAGEMENT | Uns | 3,670.00 | NA | NA | 0.00 | 0.00 |
| TRG ACCOUNT SERVICES | Uns | 164.00 | 282.00 | 282.00 | 23.40 | 0.00 |
| TRG ACCOUNT SERVICES | Uns | 118.00 | NA | NA | 0.00 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS, | Uns | 610.00 | 610.55 | 610.55 | 50.68 | 0.00 |
| VAN RU CRDT | Uns | 230.00 | NA | NA | 0.00 | 0.00 |
| AFNI/VERIZON | Uns | 125.00 | 125.71 | 125.71 | 10.43 | 0.00 |
| ASSET ACCEPTANCE CORP | Uns | 0.00 | 1,839.71 | 1,839.71 | 152.69 | 0.00 |
| RJM ACQUISITIONS FUNDING LLC | Uns | 0.00 | 76.07 | 76.07 | 6.31 | 0.00 |
| FINGERHUT DIRECT MARKETING | Uns | 0.00 | 410.16 | 410.16 | 34.03 | 0.00 |

UST Form 101-13-FR-S (9/1/2009)

Case 07-73091    Doc 51    Filed 02/18/10    Entered 02/18/10 15:42:12    Desc Main
                              Document      Page 4 of 5

| Summary of Disbursements to Creditors: | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $ 0.00 | $ 0.00 | $ 0.00 |
| Mortgage Arrearage | $ 2,669.74 | $ 2,669.74 | $ 0.00 |
| Debt Secured by Vehicle | $ 0.00 | $ 0.00 | $ 0.00 |
| All Other Secured | $ 0.00 | $ 0.00 | $ 0.00 |
| **TOTAL SECURED:** | $ 2,669.74 | $ 2,669.74 | $ 0.00 |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $ 0.00 | $ 0.00 | $ 0.00 |
| Domestic Support Ongoing | $ 0.00 | $ 0.00 | $ 0.00 |
| All Other Priority | $ 0.00 | $ 0.00 | $ 0.00 |
| **TOTAL PRIORITY:** | $ 0.00 | $ 0.00 | $ 0.00 |
| **GENERAL UNSECURED PAYMENTS:** | $ 9,639.67 | $ 800.02 | $ 0.00 |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $ 3,990.24 |
| Disbursements to Creditors | $ 3,469.76 |
| **TOTAL DISBURSEMENTS:** | $ 7,460.00 |

UST Form 101-13-FR-S (9/1/2009)

12) The trustee certifies that the foregoing summary is true and complete and all administrative matters for which the trustee is responsible have been completed. The trustee requests that the trustee be discharged and granted such other relief as may be just and proper.

Date: 02/18/2010          By: /s/ Lydia S. Meyer
                              Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-13-FR-S (9/1/2009)